# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 11-723 JVS (RNBx) | Date | May 18, 2011 |
| Title | Trinh v. Dragovic | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(In Chambers)** **Order Remanding Action**

      Defendant Richard Mendez ("Mendez) has removed this action from Superior Court of the State of California for the County of Orange. The underlying action is an unlawful detainer action. No diversity of citizenship with the requisite amount in controversy appears. 28 U.S.C. § 1332(a). No federal question appears which would support jurisdiction on that basis. 28 U.S.C. § 1331. Mendez has not established jurisdiction under 28 U.S.C. § 1443. There is no indication that his federal rights cannot be vindicated in state court.

      To the extent that Mendez purports to base jurisdiction on federal defenses or counterclaims, that is not sufficient to establish jurisdiction. Franchise Tax Board of State of Cal. v. Construction Laborers Vacation Trust, 643 U.S. 1, 10 (1983); Metro Ford Truck Sales, Inc. v. Ford Motor Co., 145 F.3d 320, 326-27 (5th Cir. 1998).

      The case is remanded to the Superior Court for the State of California for the County of Orange for lack of jurisdiction.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | kjt |